UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAYNE JEFFRIES,

    Plaintiff,

v.

BIMBO BAKERIES USA, INC.,

    Defendant.

Case No.: 4:21-cv-00065-RWS

*So Ordered* [signature] 12/22/2021

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jayne Jeffries and Defendant Bimbo Bakeries USA, Inc., by and through their respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action as to Defendant with prejudice. Plaintiff and Defendant shall bear their respective costs and attorneys' fees incurred in connection with this action.

Respectfully submitted,

| | |
|---|---|
| **KASPER LAW FIRM, LLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| /s/ Ryan Schellert | /s/ Kerri S. Reisdorff (by consent) |
| Kevin J. Kasper, MO #52171 | Kerri S. Reisdorff, MO #54123 |
| Ryan P. Schellert, MO #56710 | 4520 Main Street, Suite 400 |
| 3930 Old Hwy 94 South – Suite 108 | Kansas City, MO 64111 |
| St. Charles, MO 63304 | Telephone: 816-471-1301 |
| Tel: (636) 922-7100 | Facsimile: 816-471-1303 |
| Fax: (866) 303-2874 | kerri.reisdorff@ogletree.com |
| KevinKasper@KasperLawFirm.net | |
| RyanSchellert@KasperLawFirm.net | Thomas R. Chibnall, MO #67994 |
| | 7700 Bonhomme, Suite 650 |
| *Attorneys for Plaintiff* | St. Louis, MO 63105 |
| | 314-802-3935 (phone) |
| | 314-802-3936 (facsimile) |
| | thomas.chibnall@ogletree.com |
| | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th of December, 2021, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System which will send notification to the attorneys/parties of record.

/s/ Ryan Schellert